| Date | Pleading Number | |
|---|---|---|
| 8/23/71 | 1 | MOTION TO TRANSFER FIVE ACTIONS FROM E.D. WISC. - FIVE ACTIONS FROM N.D. TEXAS TO JOIN WITH FIVE ACTIONS PENDING IN S.D. CALIFORNIA. SUPPORTING BRIEF; AFFIDAVIT OF RICHARD F. GERRY IN SUPPORT OF MOTION; AFFIDAVIT OF SERVICE. |
| 9/7/71 | 2 | Response of Aerodyne Engineering Corp. to motion. |
| 9/17/71 | 3 | Response of Air Wisconsin |
| 9/28/71 | | HEARING ORDER- Setting A-1 through A-15 for hearing 10/29/71 San Francisco, California. Notified counsel, involved judges. |
| 9/28/71 | 4. | U.S.A. Reply Brief to Plaintiffs Motion |
| 1/6/72 | | CONSENT of Chief Judge Joe Ewing Estes for Judge Robert M. Hill to handle litigation in the N.D. Texas |
| 1/6/72 | | OPINION and ORDER consolidating litigation in the N.D. of Texas assigning to Judge Robert M. Hill for consolidated or coordinated pretrial proceedings pursuant to 28 U.S.C. §1407. |
| 5/1/74 | | REMAND ORDER - Remanding A-1 through A-10 to the transferor courts for further proceedings, Notified transferee judge, clerk transferor judge, clerks |

OPINION AND ORDER of Jan. 6, 1972, _336_ F. SUPP. _414_     DOCKET NO. __80__

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
Judge Robert M. Hill, N. D. Texas

## Description of Litigation

IN RE AIR CRASH DISASTER AT LAS VEGAS, NEVADA ON OCTOBER 8, 1968   *Closed 5/1/74*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Kathleen M. Fleming, et al. v. United States of America | S.D. Calif. 71-37-CW | Wallace | 1/6/72 | CA-3-5431 |
| A-2 | United Scottish Ins. Co., Ltd., et al. v. United States of America | S.D. Calif. 71-36-CW | Wallace | 1/6/72 | CA-3-5432 |
| A-3 | Simonne C. Weaver, et al. v. United States of America | S.D. Calif. 71-38-CW | Wallace | 1/6/72 | CA-3-5433 |
| A-4 | John Wm. Dowdle, Jr. v. United States of America | S.D. Calif. 71-39-CW | Wallace | 1/6/72 | CA-3-5434 |
| A-5 | Maxine Cearley, et al. v. United States of America | S.D. Calif. 70-138-CW | Wallace | 1/6/72 | CA-3-5435 |
| A-6 | Kathleen M. Fleming, et al. v. Air Wisconsin, et al. | E.D. Wisc. 70-C-559 | Reynolds | 1/6/72 | CA-3-5436 |
| A-7 | John Wm. Dowdle, Jr. v. Air Wisconsin, et al. | E.D. Wisc. 70-C-558 | Reynolds | 1/6/72 | CA-3-5437 |
| A-8 | Simonne C. Weaver, et al. v. Air Wisconsin, et al. | E.D. Wisc. 70-C-557 | Reynolds | 1/6/72 | CA-3-5438 |
| A-9 | United Scottish Ins. Co., Ltd., et al. v. Air Wisconsin, Inc., et al. | E.D. Wisc. 70-C-556 | Reynolds | 1/6/72 | CA-3-5439 |
| A-10 | Maxine Cearley, et al. v. Air Wisconsin Inc., et al. | E.D. Wisc. 70-C-302 | Reynolds | 1/6/72 | CA-3-5440 |
| A-11 | Maxine Cearley, et al. v. Air Wisconsin Inc., et al. | N.D. Texas ~~CA-4-1532~~ CA-3-4238-A | Estes | | ~~Dallas~~ ~~Fort Worth~~ Division |
| A-12 | Kathleen M. Fleming, et al. v. Air Wisconsin Inc., et al. | N.D. Texas CA-3-4206-D | Hill | | Dallas Div. |
| A-13 | United Scottish Ins. Co., Ltd., et al. v. Air Wisconsin Inc., et al. | N.D. Texas CA-3-4208-A | Estes | | Dallas Div. |
| A-14 | Simonne C. Weaver, et al. v. Air Wisconsin Inc., et al. | N.D. Texas CA-3-4207-B | Hughes | | Dallas Div. |
| A-15 | John Wm. Dowdle, Jr. v. Air Wisconsin Inc., et al. | N.D. Texas CA-3-4205-B | Hughes | | Dallas Div. |

*Trans to Robert M. Hill, N.D. Texas, Jan 6, 1972*

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 80 -- IN RE AIR CRASH DISASTER AT LAS VEGAS, NEVADA ON OCTOBER 8, 1968

## Attorney Service List

| Party | Attorney |
|---|---|
| Kathleen M. Fleming, et al.<br>United Scottish Ins. Co., Ltd., et al.<br>Simonne C. Weaver, et al.<br>John Wm. Dowdle, Jr. | Richard F. Gerry, Esquire<br>Casey, McClenahan & Fraley<br>110 Laurel Street<br>San Diego, California  92101 |
| Maxine Cearley, et al. | Michael I. Greer, Esquire<br>Gelfand, Greer, Popko,<br>  Nickoloff & Miller<br>1568 Sixth Avenue<br>San Diego, California  92101 |
| Aerodyne Engineering Corp. | Dudley Chambers, Esquire<br>Jackson, Walter, Winstead,<br>  Cantwell & Miller<br>43rd Floor, First National<br>  Bank Building<br>Dallas, Texas  75202 |
| Air Wisconsin, Inc. | John B. Menn, Esquire<br>Fulton, Menn & Nehs<br>222 North Oneida Street<br>Post Office Box 765<br>Appleton, Wisconsin  54911 |
| United States of America | John Harrison, Esquire<br>Civil Division<br>Department of Justice<br>Washington, D. C.  20590 |

## DESCRIPTION OF LITIGATION

IN RE AIR CRASH DISASTER AT LAS VEGAS, NEVADA ON ~~NOVEMBER~~ October 8, 1968

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 thru A-4, A-6 thru A-9, A-12 thru A-15 | Richard F. Gerry, Esquire<br>Casey, McClenahan & Fraley<br>110 Laurel Street<br>San Diego, California 92101 | AERODYNE ENGINEERING CORP.<br>Dudley Chambers, Esquire<br>Jackson, Walter, Winstead, Cantwell & Miller<br>43rd Floor, First Nat'l Bank Bldg.<br>Dallas, Texas 75202 |
| A-5, A-10, A-11 | Michael I. Greer, Esquire<br>Gelfand, Greer, Popko, Nickoloff & Miller<br>1568 Sixth Avenue<br>San Diego, California 92101 | AIR WISCONSIN, INC. John B. Mann, Esq.<br>Fulton, Menn & Nehs<br>222 North Oneida Street<br>Post Office Box 765<br>Appleton, Wisconsin 54911<br><br>~~Harry Steward, Esquire<br>United States Attorney<br>325 West "F" Street<br>San Diego, California 92101~~<br><br>John Harrison, Esquire<br>Civil Division<br>Department of Justice<br>Washington, D. C. 20590 |

p. 80

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 80 -- IN RE AIR DISASTER AT LAS VEGAS, NEVADA ON ~~NOVEMBER~~ October 8, 1968

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| UNITED STATES OF AMERICA | A-1 A-2 [illegible] A-5 |
| AIR WISCONSIN, INC. | A-6 [illegible] A-5 |
| AERODYNE ENGINEERING CORP. | [illegible] thru A-6 |
| STEWART WARNER CORP. | [illegible] thru A-6 / not served |
| | |
| | |
| | |
| | |
| | |

p. 80

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 80 -- IN RE AIR DISASTER AT LAS VEGAS, NEVADA ON ~~NOVEMBER~~ October 8, 1968